IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98 CR 311

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| TIMOTHY A. LATTIMORE (4) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon defendant Timothy A. Lattimore's Motion to Terminate Supervised Release [doc. #144] filed November 15, 2006.

IT IS ORDERED that the Motion to Terminate Supervised Release is DENIED.

So ordered.

Signed: November 17, 2006

Graham C. Mullen
United States District Judge