IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:98 CR 311

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TIMOTHY A. LATTIMORE (4) ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT upon defendant Timothy A. Lattimore's Motion to Terminate Supervised Release [doc. #146] filed April 23, 2007.

IT IS ORDERED that the Motion to Terminate Supervised Release is hereby **GRANTED** effective the date of the signing of this Order.

SO ORDERED.

Signed: May 23, 2007

Graham C. Mullen
United States District Judge